# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

Robert L. Torres,

              Appellant

              v.

Pennsylvania Department of Corrections,

              Appellee

: No. 23 WAP 2017

## ORDER

**AND NOW**, this 20th day of December, 2017, the appeal is quashed for failure to file Appellant's brief.

_____
Deputy Prothonotary